NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000405
10-JUN-2015
09:25 AM

NO. CAAP-15-0000405

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
ERIC VAN PLATEN LUDER, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTA-15-00348)

ORDER GRANTING THE JUNE 5, 2015 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant State of Hawaii's (Appellant) June 5, 2015 Motion to Dismiss Appeal (Motion), the papers in support, and the record, it appears that (1) Appellant seeks to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a); and (2) the appeal has not been docketed.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 10, 2015.

Presiding Judge

Associate Judge

Associate Judge